PD-0656-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/30/2015 4:44:08 PM
Accepted 7/1/2015 3:30:04 PM
ABEL ACOSTA
CLERK

NO. PD-0656-15

TO THE COURT OF CRIMINAL APPEALS

FROM THE FIRST COURT OF APPEALS
NO. 01-13-01072-CR

LAWAN PALUMBO
APPELLANT

On Appeal from Cause No. 1868453
From the County Criminal Court No. 5 of Harris County

V.

THE STATE OF TEXAS
APPELLEE

---

### APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, LAWAN PALUMBO, and files this her Motion to Extend Time to File Petition for Discretionary Review, and in support thereof, would respectfully show the Court the following:

I.

The First Court of Appeals affirmed the trial court's judgement in *Lawan Palumbo v. State,* No. 01-13-01072-CR on April 16, 2015. No motion for rehearing was filed. Appellant filed a *Pro Se* Motion to Extend Time to File PDR, which was granted. The PDR in this case is currently due **July 17, 2015.**

II.

Last week, Appellant hired undersigned counsel, Victoria Erfesoglou, to represent her and file said PDR in this matter. This motion is said counsel's first request to extend time to file Appellant's PDR.

III.

In compliance with Texas Rule of Appellate Procedure 68.2(c), this motion for extension, which is being electronically filed on June 30, 2015, is timely filed since it is being filed within the 15

days of the above deadline for the PDR. Appellant and counsel request this extension due to the following reasons: counsel for Appellant was only recently retained; counsel is also currently preparing an appellate brief in *Lanis Ray Hitt v. State*, No. 14-15-00268-CR, Harris County, Texas, currently due on July 17, 2015; additionally, counsel is preparing for a hearing on a motion to suppress in a felony case set for July 17, 2015, in *The State of Texas v. Monica Quintero*, No. 14-05-05170-CR, Montgomery County, Texas, involving over five witnesses, over 400 grams of alleged narcotics, and multiple co-defendants; similarly, counsel is co-counsel and preparing for trial in a super aggravated sexual assault case, in *The State of Texas v. Richard Perry*, in Harris County, Texas, with a pre-trial hearing set for July 25, 2015.

In addition to the above schedule, counsel expects to travel out of the country in early July 2015. Counsel does not currently have an administrative assistant and/or other employee, which has left counsel a bit short-handed.

IV.

Appellant's counsel requests this brief extension which is necessary so that the petition can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this request for extension of time to file the Appellant's petition for discretionary review in the above cause and extend the time for filing for 30 days, to August 17, 2015.

Respectfully Submitted,

Victoria Erfesoglou
SBN 24076370
550 Westcott Street
Suite 350
Houston, Texas 77007
Tel (713) 252-4738
Fax (832) 201-8225
verfeso@gmail.com

**Counsel for Appellant**

# CERTIFICATE OF SERVICE

By my signature below, I, Victoria Erfesoglou, hereby certify that a true and correct copy of the above and foregoing Appellant's Motion to Extend Time to File Petition for Discretionary Review has been mailed to the following attorney representing the State of Texas at the District Attorney's in Harris County, Texas, on this the ___30th___ day of June 2015.

Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002

_____
Victoria Erfesoglou